UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORNELL BRIAN CAVALIER

VERSUS                                              CIVIL ACTION

WILLIAM DOUGLAS, ET AL                              NO. 07-164-A

## ORDER

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 31, 2007 (doc. 3). The plaintiff has filed a document which he refers to as an objection and as a petition for habeas corpus (doc. 6).

The magistrate judge recommends that the plaintiff's claim, founded on 42 U.S.C. §1983, should be dismissed under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

The report and recommendation of the Magistrate Judge, is hereby adopted as the opinion of the court and this action shall be dismissed with prejudice as legally frivolous pursuant to 42 U.S.C. § 1983.

Baton Rouge, Louisiana, June 20, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

1